No. 579. St. Luke's Hospital Association of Cleveland v. United States. C. A. 6th Cir. Certiorari denied. *David A. Gaskill* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Fred E. Youngman* for the United States. *Charles E. Connor* for Ohio Hospital Association, as *amicus curiae,* in support of the petition.

No. 584. Camellia Apartments, Inc., et al. v. United States. Court of Claims. Certiorari denied. *Carl L. Shipley* for petitioners. *Solicitor General Cox* for the United States.

No. 586. Nash v. N. V. Nederlandsche Schoenen-Lederfabrieken Bata-Best. C. A. D. C. Cir. Certiorari denied. *Harold E. Stassen* and *John Alvin Croghan* for petitioner. *John Dickey, J. Roger Wollenberg* and *Max O. Truitt, Jr.,* for respondent.

No. 587. Boese et al. v. Randolph-Wells Building Corp. et al. C. A. 7th Cir. Certiorari denied. *Francis B. Stine* for petitioners. *Edwin A. Rothschild* and *John C. Roberts* for respondent Randolph-Wells Building Corp.

No. 589. Joseph v. Connecticut. Supreme Court of Errors of Connecticut. Certiorari denied. *Richard S. Levin* for petitioner. *John D. LaBelle* for respondent.

No. 590. Ahlers v. United States. C. A. 2d Cir. Certiorari denied. *Edward Bennett Williams* and *Harold Ungar* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.